UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0765 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff has filed a second motion for extension of time to file an application to proceed in forma pauperis. Also pending before the court are plaintiff's motion requesting help in obtaining a completed prison trust account statement, ECF No. 10, and two separate motions for a preliminary injunction requiring the Sacramento County Jail to complete his prison trust account statement, ECF Nos. 4, 5. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to submit his completed in forma pauperis application, ECF No. 11, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

3. Plaintiff's motion requesting help, ECF No. 10, is denied as moot.

/////

4. Plaintiff's motions for a preliminary injunction, ECF Nos. 4, 5, are denied as premature.

Dated: June 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hume0765.36(2)